**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

*Plaintiff*,

v.

DEPARTMENT OF STATE,

*Defendant*.

Civil Action No. 24-0431 (BAH)

**JOINT STATUS REPORT**

Pursuant to the Court's June 13, 2024, Minute Order, Plaintiff Government Accountability & Oversight and Defendant Department of State (the "Department"), by and through their respective undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") case.

1. This case concerns a FOIA request submitted on January 12, 2024. Plaintiff filed the Complaint on February 13, 2024, and the Department filed its Answer on March 18, 2024.

2. As previously reported, the Department completed its search for responsive records and identified approximately 200 potentially responsive records (approximately 3,500 pages).

3. The Department made its final production on December 30, 2025.

4. Following the final production, on February 17, 2026, for settlement purposes only and reserving its rights to challenge other withholdings, Plaintiff contacted Defendant and identified certain withholdings made in this matter in an effort at exploring possible resolution without further proceedings, requesting the Department reconsider those withholdings and provide an updated draft *Vaughn* Index reflecting any updated position on the challenged redactions.

5. The Department reports that due to the need for additional review and technical delivery issues, it provided the draft *Vaughn* to Plaintiff on September 30, 2026. Plaintiff is currently reviewing the draft *Vaughn.* Following review, Plaintiff will confer with Defendant to determine if any issues remain outstanding or whether this matter may be resolved without the need for briefing.

6. Pursuant to the Court's June 13, 2024, Minute Order, the parties will submit another joint status report within the next ninety days to provide an update of the final production and whether any issues remain outstanding between the parties. If any issue requires earlier judicial intervention, the party seeking intervention will file an appropriate motion. Plaintiff anticipates that if the parties are not able to resolve the remaining issues in the interim, the next status report will include a proposed briefing schedule.

Dated: September 30, 2026
Washington, DC

/s/Matthew D. Hardin
Matthew D. Hardin, D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

/s/Christopher Horner
Christopher Horner, D.C. Bar No. 440107
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 262-4458
Email: Chris@CHornerLaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachary J. Krizel*
ZACHARY J. KRIZEL
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551
Zachary.Krizel@usdoj.gov
*Attorneys for the United States of America*